# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TREVR B. KOESTNER, | : | Civil No. 1:22-CV-1942 |
| Plaintiff, | : | |
| v. | : | |
| CORRECTIONAL OFFICER BENNING, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of August, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendant Benning's motion to dismiss Plaintiff's second amended complaint, Doc. 28, is **GRANTED**.

2. The second amended complaint, Doc. 27, is **DISMISSED** with prejudice.

3. The Clerk of Court will **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania